UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LAMONT PRICE,<br><br>   Plaintiff,<br><br>   v.<br><br>M. SORIANO-FIGUEROA, et al.,<br><br>   Defendants. | No. 2:25-cv-2055 CSK P<br><br><br><br>ORDER |

Pending before the Court is defendants' motion to opt out of the Post-Screening ADR Project. (ECF No. 17.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the Post-Screening ADR Project (ECF No. 17) is granted;

2. The stay of this action is lifted; and

3. Within thirty days of the date of this order, defendants shall file a response to plaintiff's complaint.

Dated: January 05, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pric2055.opt/2

1