IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH LAMONT PRICE,** | Case No. 2:25-cv-02055-CSK |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENT** |
| **v.** | |
| **M. SORIANO-FIGUEROA, et al.,** | |
| Defendants. | |

Good cause appearing, IT IS ORDERED that:

1. Defendants' request to file under seal the unredacted copy of Defendants' Notice of Death of Plaintiff Keith Lamont Price and accompanying proof of service (ECF No. 26) is GRANTED.

2. The Clerk of the Court is directed to file under seal the unredacted copy of Defendants' Notice of Death of Plaintiff Keith Lamont Price and accompanying proof of service.

Dated:  June 23, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Price2055.seal/2

1

Order (2:25-cv-02055-CSK)