IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KEITH LAMONT PRICE,**

Plaintiff,

**v.**

**M. SORIANO-FIGUEROA, et al.,**

Defendants.

Case No. 2:25-cv-02055-CSK P

**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DEADLINE TO FILE A PRETRIAL MOTION**

Good cause appearing, IT IS ORDERED that defendants' request to extend the deadline to file a pretrial motion by 60 days (ECF No. 30) is GRANTED. The deadline for filing pretrial motions is extended up to November 3, 2026.

Dated: September 2, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pric2055.eot/2