UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH LAMONT PRICE,

Plaintiff,

v.

M. SORIANO-FIGUEROA, et al.,

Defendants.

No. 2:25-cv-2055 CSK P

ORDER AND FINDINGS AND RECOMMENDATIONS

A suggestion of death upon the record pertaining to the death of plaintiff was filed on June 18, 2026. (ECF Nos. 27, 29.) Pursuant to Federal Rule of Civil Procedure 25, a motion for substitution of a proper party must be made no later than ninety days after the death is suggested upon the record. That time period has now expired, and no motion for substitution has been filed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after service of these findings and recommendations, any written objections may be filed with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen

days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pric2055.fr/2